# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BMO HARRIS BANK NA**                                                                 PLAINTIFF

v.                                       No. 3:17-cv-294-DPM

**TIMOTHY CARTER, d/b/a**
**Timothy Carter Trucking**                                                            DEFENDANT

## ORDER

BMO Harris's motion, № 11, is noted.  BMO Harris must serve its motion and a copy of this Order on Carter by some form of mail requiring a return receipt and serve Carter's bankruptcy lawyer.  BMO Harris must file proof of service by 21 September 2018.  Carter has until 5 October 2018 to respond to the motion.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

5 September 2018