# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**BMO HARRIS BANK NA**                                    **PLAINTIFF**

v.                          No. 3:17-cv-294-DPM

**TIMOTHY CARTER, d/b/a**
**Timothy Carter Trucking**                              **DEFENDANT**

## ORDER

BMO Harris's unopposed motion to reopen, № 11, is granted. The stay, № 10, is lifted; and the case is reopened.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 October 2018